IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ARCH INSURANCE COMPANY                                                    PLAINTIFF

V.                                              CAUSE NO. 2:11-CV-00179-KS-MTP

EDWARD JACK TANNER, TERESA DIANE TANNER,
CONSERVATOR OF THE PERSON AND ESTATE OF
EDWARD JACK TANNER, TERESA DIANE TANNER,
INDIVIDUALLY, EAGLE OIL & GAS CO., TONY REASONER,
B & B OIL WELL SERVICE COMPANY AND V.A. SAULS, INC.        DEFENDANTS

AND

EAGLE OIL & GAS CO.,                        COUNTER/CROSS/THIRD-PARTY
AND TONY REASONER                                             PLAINTIFFS

V.

ARCH INSURANCE COMPANY                        COUNTER-DEFENDANT
B & B OIL WELL SERVICE COMPANY                  CROSS-DEFENDANT
V.A. SAULS, INC.                                       CROSS-DEFENDANT
TRAVELERS INDEMNITY COMPANY             THIRD-PARTY DEFENDANT
NATIONAL UNION FIRE INSURANCE            THIRD-PARTY DEFENDANT
COMPANY OF PITTSBURGH, PA, AND
AMERICAN INTERSTATE INSURANCE COMPANY   THIRD-PARTY DEFENDANT

## CORPORATE DISCLOSURE STATEMENT OF EAGLE OIL & GAS CO.

COMES NOW, defendant, Eagle Oil & Gas Co., and submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7(c) and states:

> Eagle Oil & Gas Co. is a privately held corporation, and no publicly traded corporation owns ten percent (10%) or more of its stock.

DATED, this day, January 3, 2012.

Respectfully submitted,

EAGLE OIL & GAS CO.

By:   _s/ Kris A. Powell_____
        Joseph A. O'Connell, MSB No. 3903
        Kris A. Powell, MSB No. 101458

OF COUNSEL:

BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, MS  39404
Office: (601) 261-4100
Fax:    (601) 261-4106
e-mail: joconnell@bnlawfirm.com
       kpowell@bnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Wyatt Hazard, Esq. (whazard@danielcoker.com)
Tom Julian, Esq. (tjulian@danielcoker.com)
Daniel Coker Horton and Bell, P.A.
Post Office Box 1084
Jackson, MS  39215
    *Attorneys for Plaintiff, Arch Insurance Company*

Robert D. Gholson, Esq. (gholson@gbeolaw.com)
P. Grayson Lacey, Esq. (lacey@gbeolaw.com)
Gholson Burson Entrekin & Orr, PA
Post Office Box 1289
Laurel, MS  39441
    *Attorneys for Defendant, B&B Oil Well Service Company*

Norman Gene Hortman, Jr. Esq. (ghortman@hortmanharlow.com)
April C. Ladner, Esq. (aladner@hortmanharlow.com)
Hortman Harlow Bassi Robinson & McDaniel, PLLC
Post Office Drawer 1409
Laurel, MS 39441
    *Attorneys for Defendants, Edward Tanner and Teresa Tanner*

Charles G. Copeland, Esq. (gcopeland@cctb.com)
Timothy J. Sterling, Esq. (tsterling@cctb.com)
Copeland, Cook, Taylor & Bush
Post Office Box 6020
Ridgeland, MS 39158
    *Attorneys for Defendant, V. A. Sauls, Inc.*

Edward J. Currie, Jr., Esq. (ecurrie@curriejohnson.com)
William H. Creel, Jr. Esq. (bcrell@curriejohnson.com)
Joseph W. Gill, Esq. (jgill@curriejohnson.com)
Currie Johnson Griffin Gaines & Myers, P.A.
Post Office Box 750
Jackson, MS 39205
    *Attorneys for National Union Fire Insurance Company of Pittsburgh, PA*

Daniel Culpepper, Esq. (dculpepper@acblaw.com)
Anderson Crawley & Burke, PLLC
Post Office Box 2540
Ridgeland, MS 39158
    *Attorney for American Interstate Insurance Company*

Roechelle R. Morgan, Esq. (rrm@webbsanders.com)
Webb, Sanders & Williams, PLLC
Post Office Box 496
Tupelo, MS 38802
    *Attorney for Travelers Indemnity Company*

DATED, this day, January 3, 2012.

                            *s/ Kris A. Powell*
                            OF COUNSEL